**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **TRENDA INNOVATIONS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED CIVIL** |
| | § | |
| **META PLATFORMS, INC.** | § | |
| | § | **ACTION NO. 7:26-CV-00332** |
| **Defendant.** | § | |
| | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Trenda Innovations, Inc. ("Trenda") brings this action against Defendant Meta Platforms, Inc. ("Meta" or "Defendant") for infringement of U.S. Patent Nos. 9,154,456 (the '456 Patent), 11,563,703 (the '703 Patent), and 12,074,836 (the '836 Patent) (collectively, the "Asserted Patents"), and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*, as a result of Defendant's infringement of the Asserted Patents.

2. Trenda owns all right, title, and interest in and to each of the Asserted Patents, including the right to sue for and recover damages for past, present, and future infringement.

3. Without authorization from Trenda, Meta makes and uses in the United States, and provides and supports for use by customers and end users in the United States, social-media and messaging systems, applications, functionality, and related server-side infrastructure, specifically,

the Facebook platform and associated Facebook and Messenger functionality, as further described below.

## PARTIES

4. Plaintiff Trenda Innovations, Inc. is a California corporation with its principal place of business in Glendale, California.

5. Trenda is owned by Maro Burunsuzyan, one of the three named inventors of the Asserted Patents. In 2011, Ms. Burunsuzyan observed that digital communications often failed to convey a sender's individualized voice, laughter, emotion, and personality. She sought to develop a digital messaging system capable of conveying the personalized experience of a letter or card. Her initial work involved adding sounds—such as laughter, applause, and other sound bites—to text. That work developed into the system disclosed and claimed in the Asserted Patents, in which different forms of digital content are integrated into a message in a personalized and sequenced manner.

6. Ms. Burunsuzyan formed Trenda Media LLC ("Trenda Media") to develop and commercialize the technology disclosed and claimed in the Asserted Patents. The inventors assigned their interests in the patent rights to Trenda Media, which later assigned its interests to Trenda Innovations, Inc., the current owner of the Asserted Patents. Following extensive software development, Trenda Media and later Trenda developed successive mobile applications known as "Laff Out Loud," "WowZapp," and, finally, "Foreal" (the "Foreal app"). The Foreal app was developed in connection with the digital-messaging functionality described in the Asserted Patents. It was released through the Apple App Store and Google Play and was promoted through a separate website at forealapp.com, which identified Trenda and referenced the '456 Patent.

7. The archived Foreal website described the Foreal app as "a messaging and communication network/platform developed to provide a substantially viable alternative to existing messaging apps in the world." The website also described functionality for sending voice stickers and creating and sharing text and image polls, including with a user's contact list.

> ## About
>
> Foreal is all about your friends and your community. Foreal app is a messaging and communication network/platform developed to provide a substantially viable alternative to existing messaging apps in the world.
>
> Foreal has been designed as comprehensive and user-friendly as possible, with unlimited innovative features that allow users to communicate more effectively and fun.
>
> Foreal offers more intimate communication with your friends and contact list and helps you get to know their personality types through the questions asked in-app, and the answers and insights will be recommended by the algorithm of the app.
>
> Now, you can take your communication higher and further through communicating all your messaging needs from the app with abilities to share audio, video, location and more.
>
> Not only that, for the first time ever, you will be able to send voice stickers to your friends and loved ones. With the in-app editor, you can create your desired image and even add your voice on top to make it more intuitive and inviting.
>
> Find out what other people think about topics that are important to you, by using text and image polls. Share with your contact list or anonymously with Foreal Local Community.
>
> Now, we have brought all the fun you can have with your friends to your fingertips with Foreal.

Foreal is all about your friends and your community, Internet Archive Wayback Machine (December 1, 2021), https://web.archive.org/web/20211201085035/http://www.forealapp.com/.

8. Although the Foreal app was commercially released, Trenda later ceased active development and distribution of the Foreal app, which was later discontinued on the Apple App Store and Google Play.

9. Defendant Meta Platforms, Inc. ("Meta") is a corporation organized under the laws of the State of Delaware, with its principal executive offices at 1 Meta Way, Menlo Park, California

94025. Meta develops and operates products and platforms for digital communication and social networking, including Facebook, Instagram, and Messenger.

10. Meta has maintained and continues to maintain substantial business operations in the Western District of Texas, including regular and established offices in Austin, Texas, at 607 W. 3rd Street and 300 W. 6th Street. Public records of the Texas Department of Licensing and Regulation identify a tenant-funded 2025 project named "Meta 3rd and Shoal 16–24" encompassing approximately 98,000 square feet at 607 W. 3rd Street and a privately funded 2025 tenant fit-up named "Meta AUS1 L21" encompassing approximately 25,000 square feet at 300 W. 6th Street.[1] On information and belief, Meta regularly conducts business through employees working from these Austin offices.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction over this action for patent infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has personal jurisdiction over Meta because Meta has purposefully availed itself of the privilege of conducting business in Texas and in this District. Meta maintains a regular physical and business presence in Austin and makes, uses, provides, operates, supports, and commercializes the Accused Instrumentalities in this District and for customers and end users located in this District. Meta has committed acts of infringement in this District, and Trenda's claims arise out of and relate to Meta's contacts with Texas and this District.

[1] Architectural Barriers Project Details Page, Texas Department of Licensing and Regulation (Registration Date: 3/7/2025), https://www.tdlr.texas.gov/TABS/Projects/TABS2025013634 and Architectural Barriers Project Details Page, Texas Department of Licensing and Regulation (Registration Date: 3/11/2025),https://www.tdlr.texas.gov/TABS/Projects/TABS2025013940.

13. Venue is proper in this District under 28 U.S.C. § 1400(b) because Meta has committed acts of infringement in this District and has regular and established places of business in this District, including its offices at 607 W. 3rd Street and 300 W. 6th Street in Austin, Texas.

14. Meta's Austin offices are physical, geographical locations in this District from which Meta regularly conducts its business. On information and belief, Meta possesses or controls office space at those locations, maintains employees there, and has conducted business from those locations in a regular and established manner. On information and belief, Meta has committed acts of infringement in this District through the use, operation, provision, support, testing, and commercialization of the Accused Instrumentalities in and from its Austin offices.

15. On information and belief, Meta has invested over $10 billion in Texas and has more than 2,500 full-time employees across the state, operating in various data centers, offices, and research labs.[2] Meta also publicly identifies Texas as home to its Temple data center and, in October 2025, announced a new AI-optimized data center site in El Paso.

16. In prior patent-infringement actions filed in the Western District of Texas, Meta has admitted that it had places of business within this District and that the Court had personal jurisdiction over it, and Meta did not dispute that venue was proper in those actions. *See, e.g., Immersion Corporation v. Meta Platforms, Inc. f/k/a Facebook, Inc.*, C.A. No. 6:22-cv-00541-ADA, D.I. 84, Order Denying Defendant's Motion to Transfer, at 2 ("Meta does not argue that the Western District of Texas (WDTX) is an improper venue for this case") (W.D. Tex. May 29, 2023); *id*. at D.I. 9, Answer, ¶¶ 9 ("Meta admits that this Court has personal jurisdiction over it with respect to the instant action"), 16 ("Meta admits that it has places of business within the Western

[2] Breaking Ground on Our New AI-Optimized Data Center in El Paso, Meta (October 15, 2025), https://about.fb.com/news/2025/10/metas-new-ai-optimized-data-center-el-paso/; Hello, Temple!, Meta (March 31, 2022), https://datacenters.atmeta.com/2022/03/hello-temple/.

District of Texas") (W.D. Tex. Aug. 1, 2022); *see also* Order Denying Motion to Transfer at 2, *USC IP Partnership, L.P. v. Facebook, Inc.*, No. 6-20-CV-00555-ADA, ECF No. 45 (W.D. Tex. Mar. 8, 2021) ("Neither Facebook nor USC contests that venue is proper in the Western District of Texas[.]")

17. On information and belief, Meta employs a substantial number of personnel at its Austin offices, including employees engaged in engineering, technical support, product support, and other functions relevant to Meta's products and services.

## FACTUAL ALLEGATIONS

18. The Asserted Patents generally concern systems and methods for composing, transmitting, processing, and presenting electronic messages containing multiple forms of digital content, including functionality relating to the sequencing of content, the maintenance and use of message- and media-related records, and the creation and distribution of electronic polling messages and polling results.

### A. The Asserted Patents

19. The Asserted Patents are members of a patent family titled "Messaging System and Method." The family includes the three Asserted Patents and related applications and claims priority to U.S. Provisional Patent Application No. 61/625,423, filed on April 17, 2012.

20. The '456 Patent issued on October 6, 2015, from U.S. Patent Application No. 13/669,351. A request for supplemental examination of the '456 Patent, Control No. 96/000,391, was filed on February 25, 2022. The USPTO determined that the request raised a substantial new question of patentability and ordered ex parte reexamination under 35 U.S.C. § 257. An ex parte reexamination certificate issued on July 26, 2024, canceling original claim 1, confirming claims

2–22 as patentable, and adding claims 23–25. A true and correct copy of the ’456 Patent and its reexamination certificate is attached as Exhibit 1.

21. The ’703 Patent issued on January 24, 2023, from U.S. Patent Application No. 14/874,415, a continuation of the application that issued as the ’456 Patent. A true and correct copy of the ’703 Patent is attached as Exhibit 2.

22. The ’836 Patent issued on August 27, 2024, from U.S. Patent Application No. 17/854,514, a divisional of the application that issued as the ’703 Patent. A true and correct copy of the ’836 Patent is attached as Exhibit 3.

23. As disclosed in the shared specification, “[t]his invention generally relates to communications and, more particularly, to composition and delivery of a composed communications that uses multiplicity of different types of digital media for appropriate conveyance of a message of the sender that is desired to be communicated.” Exhibit 1 at 1:21-25. “Most conventional protocols are limited in their ability to appropriately convey the thought that is desired to be communicated within a message. To appropriately convey the thoughts of the individual, the composed message must make the thoughts (or ideas, impressions, emotions, or feelings) of the individual known and understandable to the other individuals who receive the message.” *Id.* at 1:37-43. “[I]n light of the current state of the art and the drawbacks to current communications systems and methodologies, a need exists for a communication system and method that would enable individuals to compose a message using a vast variety of different types of standard, customized, and customizable media, and that the composed message would be delivered to a receiver via conventional communications protocols native to the electronic devices ( e.g., SMS, MMS, TCP/IP, HTTP, etc.), and that the various types of media constituting the

composed message would execute in the order, arrangement, or sequence intended by the composer of the message." *Id.* at 1:66-2:10.

**B. The Accused Instrumentalities**

24. Without Trenda's authority, Meta makes and uses in the United States, and provides and supports for use by customers and end users in the United States, social-media and messaging systems, applications, functionality, and related server-side infrastructure that enable users to compose, transmit, receive, display, and interact with posts, messages, chats, polls, and other communications containing text, photographs, videos, audio, files, answer choices, and other content in a manner that infringes one or more Asserted Patent claims. The accused instrumentalities are the Facebook Platform and associated Facebook and Messenger functionality, including Facebook multimedia-posting functionality, Facebook and Messenger messaging and chat functionality, Facebook polling functionality, and Meta-controlled server-side infrastructure that processes, stores, routes, delivers, and presents those communications (collectively, the "Accused Instrumentalities").

25. Users may employ desktop computers, tablets, or mobile computing devices to create and transmit Facebook posts, Facebook messages, and Messenger messages containing one or more content items, including photographs, videos, audio, text, GIFs, files, captions, and other media content. Facebook permits users to combine multiple photographs and videos within the same post and to arrange or rearrange that content before publication. Meta also permits users to direct messages to selected persons and to select the persons or audiences eligible to receive or view a post.

26. Meta makes and uses the Accused Instrumentalities in the United States and provides, operates, maintains, and supports them for customers and end users in the United States

and this District, including by providing Facebook and Messenger applications and web-based functionality and by operating the supporting server-side infrastructure.

27. Meta has knowledge of the Asserted Patents at least since service of this Complaint. To the extent Trenda asserts induced infringement and willful infringement, those claims are asserted at least as to Meta's post-service conduct.

28. The infringement allegations and examples set forth herein are exemplary and non-exclusive as to the implementations, features, configurations, and technical operation of the Accused Instrumentalities identified in paragraphs 24–26 and are without prejudice to infringement contentions provided pursuant to the Court's orders and local rules. By setting forth these allegations, Trenda does not state or imply any particular claim construction or limit the precise scope of the asserted claims. These allegations are based on currently available public information and a reasonable investigation of the Accused Instrumentalities. The precise feature combinations, availability periods, account and platform eligibility, feature flags, client-side records, server-side records, and internal implementations are matters within Meta's possession. Trenda reserves the right to supplement or modify these allegations based on information obtained through discovery.

## COUNT I

## DEFENDANT'S INFRINGEMENT OF U.S. PATENT NO. 9,154,456

29. Trenda realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

30. The '456 Patent generally concerns messaging systems in which a source computing device generates and transmits an electronic message having integrated digital content, a server computing device receives and transmits the message to a destination computing device,

and the message's multiple electronic media components are executed at the destination computing device in an intended order. Claim 2 further requires that the electronic media components be tracked and accounted by the server computing device.

31. The claims of the '456 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

32. Defendant's infringing activities violate 35 U.S.C. § 271.

33. Defendant infringes at least Claim 2 of the '456 Patent.

34. Claim 2 was confirmed as patentable during the reexamination. Because claim 2 incorporates the limitations that appeared in original claim 1, those incorporated limitations are reproduced below for convenience.

> 2. The messaging system as set forth in claim 1, wherein: the electronic media components are tracked and accounted by the server computing device.
>
> Original claim 1 recites:
>
> 1. A messaging system, comprising:
> a source computing device to generate and transmit an electronic message having integrated digital content;
> wherein the integrated digital content is scripted by seamless linking of a multiplicity of electronic media components,
> wherein an electronic media component is comprised of one or more electronic media elements, and
> wherein an electronic media element is comprised of one or more data;
> the source computing device transmits the electronic message to a server computing device;
> the server computing device receives and transmits the electronic message to a destination computing device;
> wherein delivery and receipt of the electronic message, with the multiplicity of electronic media components of the received electronic message at the destination computing device is seamlessly executed in an order intended by the scripted digital content.

35. At least Meta's Facebook Platform, including Facebook multimedia-posting and Messenger functionality and related Meta-controlled server-side infrastructure, provides a

messaging system through which users compose, transmit, receive, display, and interact with multimedia posts containing text, photographs, videos, audio, files, and other content. For purposes of the exemplary Claim 2 mapping below, Trenda relies on Facebook multimedia-posting functionality and related Meta-controlled server-side infrastructure; the Messenger materials cited below provide corroborative evidence of Meta's server-side architecture as described below.

36. At least Facebook's multimedia-posting functionality includes a source computing device configured to generate and transmit an electronic message having integrated digital content. A user may employ a desktop, tablet, or mobile computing device to access Facebook's "Create post" interface, select "Add Photos/Videos," and add photographs and videos within a single composed Facebook post. The interface displays the selected photograph and video content together before publication, and the user selects "Post" to initiate transmission of the composed multimedia communication through Facebook.

A user generates a Facebook post using the "Create post" interface on a source computing device.



How To Add Video And Images In The Same Post On Facebook 2025!, YouTube (Accessed on or about November 2024), https://www.youtube.com/watch?v=E1lc4-a_ePU at 1:32.

The source computing device generates integrated digital content by combining photographs and videos within the same composed Facebook post.




*Id.* at 3:14.

Selecting "Post" initiates transmission of the composed multimedia post through Facebook.




*Id.* at 3:30.

37. At least Facebook's multimedia-posting functionality permits a composing user to combine multiple photographs and videos within a single Facebook post, arrange or rearrange that content before publication, and publish it together as one composed communication. The composition interface reflects the user-selected arrangement before the post is transmitted. After publication, Facebook presents the photographs and playable videos together within the same published post and preserves the arrangement selected during composition. Under one exemplary and non-exclusive mapping, the separately identifiable photograph and video content items correspond to a multiplicity of electronic media components seamlessly linked within the integrated digital content. The photograph and video content is incorporated into and presented as part of the composed post itself, rather than merely as links to independent external content.

38. As shown in paragraph 36 above, Facebook permits the composing user to add photographs and multiple videos within a single Facebook post-composition interface and publish that content together as one composed communication. Facebook permits the composing user to rearrange the photograph and video content before publication. The composition interface reflects the changed order selected by the user, thereby defining the intended arrangement of the content within the composed post.

Initial arrangement of photograph and video content within the Facebook composition interface:




How to reorder photos on Facebook (Desktop and mobile), YouTube (Around February 2023), https://www.youtube.com/watch?v=I4PrvEYKOhc&t=28s at 0:54

The composing user rearranges the photograph and video content before publication:




*Id.* at 0:56-0:57

The Facebook composition interface reflects the reordered arrangement selected by the user:




*Id.* at 1:06.

After publication, Facebook presents the photographs and playable videos together within the same published post and preserves the arrangement selected during composition.



How To Add Video And Images In The Same Post On Facebook 2025!, YouTube (Accessed on or about November 2024), https://www.youtube.com/watch?v=E1lc4-a_ePU at 3:53

39. At least Facebook's multimedia-posting functionality includes separately identifiable photograph and video content within a composed Facebook post. Under one exemplary and non-exclusive mapping, an individual photograph corresponds to an electronic media component comprising one or more picture- or image-related electronic media elements, while an individual video corresponds to an electronic media component comprising one or more video- and/or audio-related electronic media elements. As shown in paragraph 36 above, a single composed Facebook post may contain a photograph and multiple videos as separately identifiable constituent content. Those examples support the allegation that the Accused Instrumentalities include electronic media components comprising one or more electronic media elements. This exemplary mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

40. At least Facebook's multimedia-posting functionality uses encoded image, video, and audio data for photograph and video content included within a composed Facebook post. Under one exemplary and non-exclusive mapping, picture- or image-related electronic media elements may comprise image data encoded in formats including JPEG, BMP, PNG, GIF, or TIFF. Video- and audio-related electronic media elements may comprise H.264 video data and AAC audio data contained in MOV or MP4 files. These examples support the allegation that the Accused Instrumentalities include electronic media elements comprised of one or more data. They are non-exclusive and do not foreclose alternative mappings based on other encoded data, associated information, or implementation details identified through discovery.

Meta identifies image-file formats supported or recommended for Facebook photograph content. Under the exemplary mapping above, picture- or image-related electronic media elements may comprise data encoded in JPEG, BMP, PNG, GIF, or TIFF format.

**Check your photo format**

- Try uploading the original photo instead of an edited version. Editing photos (example: with iPhoto or Photoshop) before uploading them may cause the upload to fail.
- We recommend uploading JPEG, BMP, PNG, GIF or TIFF files. If you're uploading a PNG file, it's best to keep the file size below 1 MB. PNG files larger than 1 MB may appear pixelated.
- Check the size of the photo. We recommend uploading photos under 15 MB.

I can't upload photos on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/167931376599294/

Meta likewise identifies recommended encoded video and audio formats for Facebook video content. Under the exemplary mapping above, video- and audio-related electronic media elements may comprise H.264 video data and AAC audio data contained in MOV or MP4 files.



**Settings recommended to use when adding an edited video to Facebook**

Copy link

Android App Help | Computer Help | iPad App Help | iPhone App Help | More

What video settings should I use? | What aspect ratio should I use? | What frame rate sho… use

If you're exporting your video from editing software and want to add it to Facebook, we recommend using these custom settings:

- H.264 video with AAC audio in MOV or MP4 format.
- An aspect ratio no larger than 4000px wide and divisible by 16px.
- A frame rate at, or below, 30fps.
- Stereo audio with a sample rate of 44,100Hz.
- Videos should not contain edit lists or special boxes in file containers.

Settings recommended to use when adding an edited video to Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/1041366099316573/.

*See also* paragraph 36 above, showing separately identifiable photograph and video content included within the same composed Facebook post, and paragraph 39 above, setting forth the exemplary mapping of that content to electronic media components comprising one or more electronic media elements.

41. At least Facebook's multimedia-posting functionality includes Meta server infrastructure that receives an electronic message from a source computing device and transmits or serves that message to one or more destination computing devices. As shown in paragraph 36 above, selecting "Post" causes the source computing device to upload and transmit the composed multimedia post and its selected photograph and video content to Meta's server infrastructure.

42. After receiving the post, Meta's server infrastructure distributes the post according to the audience selected by the composing user. Meta explains that a user may select who can see a post and that persons within the selected audience may see the post in Feed, on the user's profile,

in search results, and across Meta Products. Choose who can see your post on Facebook, Facebook Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/120939471321735/. On information and belief, Meta's server infrastructure uses the selected-audience information to transmit or serve the received multimedia post to desktop, tablet, or mobile computing devices used by members of that audience. Under one exemplary and non-exclusive mapping, those recipient devices correspond to destination computing devices.

43. Meta states that "[t]he Send API is the main API used to send messages to users." Send API, Messenger Platform API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/folder/22794852-685b3d8d-4ff2-482f-8a9f-5cec3245eb6f. For a media message, Meta directs a POST request to its /PAGE-ID/messages server endpoint, identifies the intended recipient through the recipient.id field, and includes the media in a message.attachment object. Media Message (Photo), Messenger Platform API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/request/22794852-8ef5c839-57f2-41a8-b4e1-3c6595154cf4. A successful response returns a recipient_id identifying the recipient and a message_id identifying the transmitted message. *Id.* Meta's Help Center further identifies sent, delivered, and seen message states. These materials demonstrate that, in the Messenger Platform, Meta-operated server infrastructure receives electronic-message information, identifies an intended recipient, and transmits the message for receipt or display at a destination computing device, thereby providing corroborative evidence of Meta's server-side transmission practices. How to know if your message was sent, delivered or seen on Messenger, Facebook Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/messenger-app/926389207386625.

44. The Messenger Platform materials provide corroborative evidence of Meta's server-to-recipient transmission architecture; they are not relied upon as proof that Facebook posts use the identical API, endpoint, identifiers, fields, or data structures. The precise implementation used for Facebook posts is within Meta's possession.

Facebook permits the composing user to select the audience eligible to receive or view the post.

**Choose who can see your post on Facebook** Copy link

Android App Help | Computer Help | iPad App Help | iPhone App Help | More

Who can see my posts? | Change who sees my post | Enable public posting | What ha| if I

Default audience settings for Page posts are different from settings for profile posts. Learn how to create and manage a post for your Page.

When you're on your Facebook profile, you can choose who can see your post on Facebook, by using the audience selector.

The audience selector can be found in most places where you share content on Facebook, such as posts, photos and for some information on your profile.

**Note:** If you have additional Facebook profiles, the audience you choose to share content with from one profile doesn't carry over to your other profiles.

**Choose who you share content with**

**You can also use the audience selector to choose who you share content with:**

1. At the top of your Feed or profile, click the text box next to your profile picture. From here, you can do things like post a status update, photo, video or check in to an event.
2. Below your name, click the audience selector (example: **Friends**).
3. Click the audience you'd like to see your content (example: **Friends**, **Public** or **Only Me**). Learn more about the audiences you can choose on Facebook.

The audience selector will also appear on things you've already shared, so you can see who you've shared each post with. After you've shared a post, you have the option to change who it's shared with.

**When sharing on Facebook, keep in mind**

- If you choose a new audience for your post, you'll only change the audience for that specific post. The next time you post, the audience will go back to the default audience you selected in your privacy settings. Learn how to set a default audience.
- When you change the audience on one device, the audience will update on all devices. For example, if you change the audience of your post on your computer, it will also change the audience of your post in your app.
- Some things you share on Facebook will always be public. For example, when you post or comment in a public group, your post or comment will be public and can be seen by anyone. Learn more about public information on Facebook.
- When you create a reel, or add to your story, different audience selections apply. Learn how to change who can see your reel on Facebook or edit your story privacy.
- Your post will show up in Feed, on your profile and in search results.
- When you post to another person's profile, that person controls who can see the post.
- When you post, people in the audience may be able to see it across the Meta Products.
- If you tag someone in a post, the tagged person's friends may also see the post.
- If you've chosen to lock your profile, your sharing choices are more restricted.

Choose who can see your post on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/120939471321735/.

Meta's server endpoint receives a media-message request identifying the intended recipient and returns identifiers for the recipient and transmitted message.

## Media Message (Photo)

View complete documentation →

https://graph.facebook.com/{{version}}/{{page-id}}/messages

To send a message with media, such as a GIF or image, or a template, you add the content to the API request in a JSON message attachment object.

To send a message with an image to a person who sent your Page a message, send a `POST` request to the `/PAGE-ID/messages` endpoint, with the `recipient` object literal key `id` set to person's Page-scoped ID (PSID), the `message_type` parameter set to `RESPONSE`, and the `message` parameter `attachment` object `type` key set to `image` and the `payload` object `url` key set to the URL for the image.

### Example

Media Message (Photo)

Request

cURL

```
curl --location --globoff 'https://graph.facebook.com/{{version}}/{{page-id}}/messages' \
--data '{
  "recipient":{
    "id":"{{page-scoped-id}}"
  },
  "message":{
    "attachment":{
      "type":"image",
      "payload":{
        "url":"https://raw.githubuserconten...amples/original-coast-clothing-ig/refs/heads,
        "is_reusable":false
```

View More

Response

Body Headers (18) 200 OK

json

```
{
  "recipient_id": "5275811702471834",
  "message_id": "m_8jw49phNrbbdRTp6PbYL7IAcf...O5jm0L_PMSzOUezi9uBPNnhL701j3AtJtQmzRtoHwk15
}
```

View More

Media Message (Photo), Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/request/22794852-8ef5c839-57f2-41a8-b4e1-3c6595154cf4.

Messenger displays sent, delivered, and seen status information to the sender.



## How to know if your message was sent, delivered or seen on Messenger

Copy link

Android App Help | iPhone App Help | iPad App Help | Computer Help

How do I know if a message sent? | How do I know if a message delivered? | How do I kn… a m

Messenger uses different icons to let you know when your messages have been sent, delivered and seen. They appear on the right side of the message:

- : A blue circle means that your message is sending.
- : A blue circle with a check means that your message has been sent.
- : A filled-in blue circle with a check means that your message has been delivered.
- : A small version of someone's profile picture will appear below the message when they've seen it.

How to know if your message was sent, delivered or seen on Messenger, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/messenger-app/926389207386625.

45. At least Facebook's multimedia-posting functionality includes delivery and receipt of a composed electronic message at a destination computing device. As shown in paragraph 38 above, the composing user may arrange and rearrange photograph and video content within a single Facebook post before publication, thereby defining the intended order and arrangement of that content. As shown in paragraphs 41 and 42 above, the composed post is transmitted to Meta's

server infrastructure and distributed to computing devices used by members of the audience selected by the composing user.

46. When a member of that audience accesses the post using a desktop, tablet, or mobile computing device, Facebook presents the photographs and playable videos together within the same received post. Under this exemplary mapping, the creator-selected placement and sequence of the separately identifiable media items define the intended order in which those constituent components are presented and made available for rendering or playback within the integrated post at the destination computing device. Facebook preserves that creator-selected order when it presents the received post. Under one exemplary and non-exclusive mapping, the separately identifiable photograph and video content items correspond to a multiplicity of electronic media components of the received electronic message. Facebook presents that content as constituent parts of the integrated post, in the creator-selected arrangement, rather than requiring the recipient to access separate external links to obtain the content. This recipient-side presentation supports that the electronic media components are seamlessly executed at the destination computing device in an order intended by the scripted digital content. Consistent with the shared specification's description of constituent media executing in the 'order, arrangement, or sequence intended by the composer,' see ¶23, Facebook preserves the creator-selected placement and sequence when presenting the received post.

47. On information and belief, Meta's server instructions and Facebook client software control the rendering and playback of the received content at the destination computing device in accordance with the arrangement selected by the composing user. The precise server instructions, client-side rendering processes, and internal records used for that operation are matters within Meta's possession.

48. See also paragraph 38 above, including the figures at 0:54, 0:56–0:57, and 1:06 showing the initial arrangement, rearrangement, and resulting creator-selected arrangement, as well as the figure at 3:53 showing the photograph and playable video content presented together within the published post.

49. Meta's publicly available Business SDK provides Facebook-specific evidence that Meta identifies Facebook posts and maintains associations between a post and associated media. Meta defines a Facebook PagePost object having a post id and a child_attachments field comprising a list. Meta further provides an /attachments edge through which attachments associated with a particular PagePost may be retrieved using that PagePost's identifier, and PagePost operations provide for a list of attached_media. PagePost, Facebook Business SDK for Python, Meta (Accessed on or about August 17, 2026), https://github.com/facebook/facebook-python-business-sdk/blob/main/facebook_business/adobjects/pagepost.py. At least Meta's server infrastructure supporting Facebook and Messenger communications identifies, associates, and maintains message- and media-related information. Under the exemplary and non-exclusive mappings described in paragraphs 37 and 39 above, the separately identifiable photograph and video content items may correspond to electronic media components. Meta's Send API represents media associated with a message through a JSON message.attachment object and represents multiple images through a JSON message.attachments array. Meta's Attachment Upload API further returns a server-generated attachment_id identifying uploaded media and permitting that media to be referenced when subsequently included in one or more messages. These server-processed structures and identifiers support the allegation that Meta's server infrastructure tracks and accounts for media associated with electronic messages. The terms "attachment,"

"message.attachment," "message.attachments," and "attachment_id" are Meta's labels for internal message- and media-data structures and identifiers. Those labels are not relied upon to characterize the mapped photograph or video content as an independent external attachment. In the accused user-facing workflow, the photograph and video content is incorporated into and presented as constituent content of the same composed and received Facebook post.

Meta's Send API represents media associated with a message through a message.attachment object and multiple images through a message.attachments array.

## Send API

JPJ

The Send API is the main API used to send messages to users, including text, attachments, templates, sender actions, and more.

### Before You Start

You will need:

- A Page access token requested by a person who can perform the `MESSAGE` task on the Page
- The `pages_messaging` permission
- The message recipient must have sent your Page a message within the last 24 hours or agreed to receive messages from your Page outside of the standard 24 hour messaging window

### Send a Media Attachment

To send a message with media, such as a GIF or image, or a template, you add the content to the API request in a JSON message attachment object.

### Send Multiple Media Attachments

To send a message with multiple images, you add the content to the API request in a JSON message attachments array. The only media type allowed is an image, and it is limited to 30 images at once.

For more details see: https://developers.facebook.com/docs/messenger-platform/send-messages

Send API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/folder/22794852-685b3d8d-4ff2-482f-8a9f-5cec3245eb6f.

Meta's Attachment Upload API returns a server-generated attachment_id identifying uploaded media for subsequent reference in one or more messages.




Attachment Upload (Photo), Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/request/22794852-a219ebfd-c054-4897-bb9c-3634f871039b.

50. Meta's Conversations API additionally maintains and provides access to conversation- and message-related records. Those records include identifiers and fields associated with individual messages, including message ID, creation time, sender, recipient, message content, reply relationships, and the conversation with which the message is associated. Meta also maintains message-status information identifying whether a Messenger message has been sent,

delivered, or seen. These records identify and associate messages with their chronology, participants, content, reply relationships, conversations, and delivery status.

Meta's Conversations API maintains and provides access to conversation- and message-level records.

## Conversations API

JPJ

The **Conversations API** can be used to get information about your Messenger and Instagram Messaging conversations. You can get:

- A list of conversations for your Facebook Page or your Instagram Professional account
- A list of messages within each conversation
- Details about each message including when the message was sent and from who

Conversations API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/folder/22794852-255610cd-47f5-4f4d-b3fa-71aec360be9a.

Messenger displays sent, delivered, and seen status information to the sender.

**How to know if your message was sent, delivered or seen on Messenger**

Copy link

Android App Help iPhone App Help iPad App Help Computer Help

What do message icons mean? What do message statuses mean? My message isn't senc

Messenger uses different icons to let you know when your messages have been sent, delivered and seen. They appear on the right side of the message:

- : A blue circle means that your message is sending.
- : A blue circle with a check means that your message has been sent.
- : A filled-in blue circle with a check means that your message has been delivered.
- : A small version of someone's profile picture will appear below the message when they've seen it.

How to know if your message was sent, delivered or seen on Messenger, Help Center (Accessed on or about August 17, 2026) https://www.facebook.com/help/messenger-app/926389207386625.

51. Taken together, the Facebook-specific PagePost structures described in paragraph 49 and the Facebook multimedia-posting functionality described above support the allegation that Meta's server infrastructure identifies, associates, tracks, and accounts for the separately identifiable photograph and video content mapped to the electronic media components of a composed Facebook post. Meta's Messenger Send API, Attachment Upload API, Conversations API, and message-status materials provide additional corroborative evidence of Meta's server-side use of message- and media-related identifiers, associations, records, and status information. The precise databases, internal fields, persistence rules, and accounting processes used for the accused Facebook multimedia-posting workflow are matters within Meta's possession. The Messenger materials are not relied upon as proof that Facebook posts use identical APIs, databases, fields, or persistence mechanisms.

52. The Accused Instrumentalities satisfy all limitations of Claim 2 of the '456 Patent. On information and belief, Meta has infringed and continues to directly infringe Claim 2 under 35 U.S.C. § 271(a), including when Meta and its employees or agents use the complete accused Facebook multimedia-posting system in the United States during development, testing, quality assurance, demonstration, operation, and support by operating source and destination client computing devices together with Meta-controlled server-side infrastructure. To the extent any limitation is not literally satisfied, Trenda alleges in the alternative that the limitation is satisfied under the doctrine of equivalents because any difference is insubstantial and the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result.

53. Meta also induces infringement of Claim 2 of the ’456 Patent under 35 U.S.C. § 271(b), at least through its post-service conduct. Customers and end users directly infringe Claim 2 when they use the Accused Instrumentalities to compose, transmit, receive, and display multimedia posts through source and destination computing devices and Meta’s server-side infrastructure, thereby putting the accused system into service. Meta has had knowledge of the ’456 Patent and the allegations of infringement at least since service of this Complaint. Despite that knowledge, Meta continues actively to encourage and instruct customers and end users, including through its applications, interfaces, online instructions, and support materials, to use the Accused Instrumentalities in the infringing manner described above. Meta does so knowing and intending that the instructed acts will directly infringe Claim 2 of the ’456 Patent.

54. As a result of Defendant’s infringement of the ’456 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

55. Meta has knowledge of the ’456 Patent at least since service of this Complaint, and Trenda asserts willful infringement at least as to Meta’s post-service conduct.

56. Meta’s infringing activities have injured and will continue to injure Trenda unless and until the Court enjoins further infringement of the ’456 Patent.

## COUNT II

## DEFENDANT’S INFRINGEMENT OF U.S. PATENT NO. 11,563,703

57. Trenda realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

58. The ’703 Patent generally concerns methods of messaging in which a computing device composes an electronic message using digital content sourced from multiple electronic media components, saves the message as client records, and transmits those records to a server. Independent Claim 3 further requires the server to generate values that further define the client records and enable the source computing device, a recipient computing device, and the server to track and account for the electronic message, including the order of play of its electronic media components. Claim 3 also requires saving the defined client records as server records, transmitting at least a portion of those server records to the source computing device, transmitting the electronic message to the recipient computing device based on the server-defined client records, and executing the electronic media components at the recipient computing device in their original media component types and in the order intended by the composed electronic message.

59. The claims of the ’703 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

60. Defendant’s infringing activities violate 35 U.S.C. § 271.

61. Defendant infringes at least Claim 3 of the ’703 Patent.

62. Independent Claim 3 of the ’703 Patent recites:

3. A method of messaging, comprising:

composing an electronic message with a computing device using digital content sourced from a multiplicity of electronic media components, with the multiplicity of the electronic media components constituting the composed electronic message and

wherein: the electronic message includes one or more electronic media component that is not predefined for and is not common to the source computing device and a receiver computing device;

saving the electronic message as client records in a memory of the computing device;

transmitting the client records to a server;

generating a set of values to further define client records by the server, enabling the computing device, a recipient computing device, and the server to track and account for the electronic message, including the order of play of the multiplicity of the electronic media components of the electronic message, prior to actual transmission to recipient computing device;

saving the defined client records as server records;
transmitting at least a portion of the server records to the computing device;
transmitting the electronic message based on the server defined client records to the recipient computing device via the server;
executing the multiplicity of the electronic media components of the electronic message at the recipient computing device in original media component types and in an order intended by the composed electronic message.

63. For purposes of the element-by-element allegations below, the exemplary accused workflow is Facebook's Page-posting workflow performed through the Facebook application and Meta's related server-side infrastructure. The accused Facebook Page-posting workflow constitutes a method of messaging through which users compose, transmit, receive, display, and interact with Facebook posts containing text, photographs, videos, audio, and other media content. The allegations below concern composing a post containing separately identifiable photograph and video content, saving and reopening the post as a draft, publishing the post through Meta's server infrastructure, Meta's generation and maintenance of post- and media-related records, transmission of publication-related information to the source computing device, and presentation of the published post to members of the selected audience. Messenger materials cited below are corroborative evidence of Meta's broader storage, record-generation, and messaging architecture and are not alleged to establish that Facebook uses identical APIs, database schemas, records, fields, or storage mechanisms. Meta's Help Center materials separately corroborate Meta's broader messaging functionality, including the creation and transmission of messages containing photographs, videos, files, stickers, GIFs, voice clips, and other content through Facebook and Messenger.[3]

[3] Send a message on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/messenger-app/154917244574299/computer-help/; Send photos, stickers and files on Messenger, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/messenger-app/141024792690630/

64. The accused Facebook Page-posting workflow enables a user to compose an electronic message with a computing device using digital content sourced from multiple separately identifiable photograph and video content items. A user may employ a desktop, tablet, or mobile computing device to access Facebook's "Create post" interface and compose a single Facebook post containing photographs and videos. How To Add Video And Images In The Same Post On Facebook 2025!, YouTube (around November 2024), https://www.youtube.com/watch?v=E1lc4-a_ePU, at 1:32, 3:14. The user selects "Add Photos/Videos," adds photograph and video content, and may arrange or rearrange that content within the Facebook Page-post composition interface before publication. How to reorder photos on Facebook (Desktop and mobile), YouTube (around February 2023), https://www.youtube.com/watch?v=I4PrvEYKOhc&t=28s, at 0:54, 0:56–0:57, 1:06. The interface displays the selected photograph and video content together within that same interface.

65. Under one exemplary and non-exclusive mapping, the separately identifiable photograph and video content items correspond to a multiplicity of electronic media components. Because those content items are incorporated into and presented together as the content of a single composed Facebook post, the mapped electronic media components collectively constitute the composed electronic message. The photograph and video content is presented as part of the composed post itself rather than merely as links to independent content external to the post. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

66. See paragraphs 36 and 38 above, including the figures showing Facebook's "Create post" interface, the combined photograph and video content within the composed Facebook post, and the user-directed arrangement and rearrangement of that content before publication.

67. The accused Facebook Page-posting workflow permits a composed Facebook post to include specific video content newly created at the source computing device during composition. Meta instructs a user composing a Facebook post either to choose an existing video or to "tap Record video to create a new video." When the user selects "Record video," the specific video content item does not exist until it is created at the source computing device. Because the specific video content does not exist before it is recorded, it cannot have been predefined for either the source computing device or the receiver computing device. After creation at the source computing device and before transmission, the specific video content exists at the source computing device but is not common to the source computing device and the receiver computing device.

68. Under one exemplary and non-exclusive mapping, the specific newly recorded video content item corresponds to an electronic media component that is not predefined for and is not common to the source computing device and the receiver computing device. The newly recorded video content may then be incorporated into the composed Facebook post and transmitted through Meta's server infrastructure to a receiver computing device. This mapping concerns the specific newly created video content item, not merely the general media type "video," and does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Meta instructs the composing user either to choose an existing video or to tap "Record video to create a new video":

## Post or edit a video on your Facebook Page

Copy link

Computer Help | iPhone App Help | **iPad App Help** | Android App Help | More ▾

Post a video to my Page | Edit a video on my Page | Add video options | I have a diff... qu

Pages are a way for businesses, brands and public figures to connect with their fans on Facebook. If you don't have a Page, you can post a video from your personal profile.

### Add a video to your Page

You can switch into a Page with Facebook access to post a video to that Page. You can also post videos with task access to a Page using Meta Business Suite.

**To post a video to a Page with Facebook access:**

1. Tap **Menu** in the bottom right of Facebook or your profile picture.
2. Tap **Options**, then select the Page you want to switch into.
3. Tap **What's on your mind?** at the top of your Feed.
4. Tap **Photo/video**.
5. Choose the video you want to share and tap **Done**, or tap **Record video** to create a new video.
6. Tap the video in the top left to see the options to edit your video with in-app tools, then tap **Next**.
7. Tap **Next** in the top right and select your post settings.
8. Tap **Post now** in the top right.

### Edit a video on your Page

To edit a video on your Page, log into Facebook or Meta Business Suite on a computer.

Post or edit a video on your Facebook Page, Help Center (accessed on or about August 17, 2026), https://www.facebook.com/help/ipad-app/599282406887753/.

69. Meta confirms that the Facebook app permits a user to save a composed Facebook post as a draft before publication and later return to, edit, and publish that draft. This functionality requires Facebook to retain data sufficient to preserve and reconstruct at least the selected content and composition state of the unfinished post.

70. Meta's public Facebook documentation does not expressly identify whether such draft data is stored in device memory, on Meta's servers, or divided between the source computing device and Meta's server infrastructure. On information and belief, when performed through the

Facebook mobile application, the accused Facebook Page-posting workflow retains in memory of the source computing device at least a portion of the data representing a saved Facebook Page-post draft. Under one exemplary and non-exclusive mapping, the retained data representing the selected media content and the composition state of the draft correspond to client records, and the saved Facebook Page-post draft corresponds to the electronic message saved as those client records in memory of the computing device. The precise allocation of Facebook Page-post draft data between device memory and Meta's server infrastructure, including the particular records, fields, caches, and persistence mechanisms used by the Facebook application, is information within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery. Create posts and save drafts for your Facebook Page, Facebook Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/642707099175171/.

71. Under one exemplary and non-exclusive mapping, the data transmitted when the composed Facebook post is published through the accused Facebook Page-posting workflow—including data representing the post, its selected photograph and video content, and their arrangement—corresponds to the client records saved as described in paragraph 70 above. Transmission of that data from the source computing device to Meta's server infrastructure corresponds to transmitting the client records to a server.

72. The Attachment Upload API provides corroborative evidence of Meta's use of structured message- and media-related records transmitted to Meta-hosted server endpoints; it is not relied upon as proof that the accused Facebook Page-posting workflow employs the identical API, endpoint, or data structure. The precise requests, fields, and internal data structures transmitted when a Facebook Page-post draft is published are matters within Meta's possession.

This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Selecting “Post” initiates transmission of the composed Facebook post through Facebook.




How To Add Video And Images In The Same Post On Facebook 2025!, YouTube (Accessed on or about November 2024), https://www.youtube.com/watch?v=E1lc4-a_ePU at 3:30.

Meta’s Attachment Upload API instructs a requesting client to transmit a structured message.attachment object containing media information to a Meta-hosted server endpoint:

## Upload an attachment

To upload an attachment send a `POST` request to the `/``_**Your-page-id**_``/message_attachments` endpoint with `message.attachment` with `type` and `payload`. To be able to use the asset in multiple messages, set `payload.is_reusable` to `true`.

Attachment IDs expire after 90 days. After an attachment ID expires, you'll need to reupload your media to get a new attachment ID.




https://www.postman.com/meta/messenger-platform-api/request/22794852-a219ebfd-c054-4897-bb9c-3634f871039b

73. On information and belief, in the accused Facebook Platform Page-posting workflow, before transmitting a composed Facebook post to a recipient computing device, Meta's server infrastructure generates values including identifiers associated with the post and its separately identifiable photograph and video content and maintains associations linking those values to the post and to the positions or relationships reflected in the ordered post data received from the source computing device. As described in paragraph 49, Meta's Facebook-specific Business SDK identifies a Facebook PagePost by a post id, defines a child_attachments field comprising a list, provides for attached_media in PagePost operations, and permits retrieval of attachments associated with a PagePost. These Facebook-specific structures support the allegation that Meta maintains post- and media-related identifiers and associations for Facebook posts. Under one exemplary and non-exclusive mapping, the server-generated identifiers and associated post-, media-, and order-related values constitute a set of values generated by the server that further defines the client records.

74. Those server-generated values and associated records are generated and maintained before actual transmission of the composed Facebook post to the recipient computing device. Before transmission, they enable the source computing device and Meta's server infrastructure to identify and account for the post, its separately identifiable media content, and the creator-selected positions of that content. They also define, before transmission, the information by which the recipient computing device identifies the corresponding content and its creator-selected position upon receipt. Under one exemplary and non-exclusive mapping, generation of those values before transmission enables the computing device, recipient computing device, and server to track and account for the electronic message, including the order of play of its electronic media components.

75. Meta's Attachment Upload API provides corroborative evidence of server-generated media identifiers. After a requesting client transmits data identifying uploaded media to a Meta-hosted endpoint, Meta's server returns a server-generated attachment_id identifying that media for subsequent use in messages.

76. Meta's Send API separately states that multiple images may be represented through successive entries in a JSON message.attachments array. These materials corroborate Meta's generation of media identifiers and use of structured message data capable of associating multiple media items with a message before transmission. As shown in paragraph 38 above, the accused Facebook Page-posting workflow separately permits the composing user to arrange and rearrange photograph and video content before publication and reproduces the creator-selected arrangement when the Facebook post is presented.

77. The Attachment Upload and Send API materials are not relied upon as proof that the accused Facebook Page-posting workflow employs the identical APIs or data structures. The precise server-generated values, identifier-to-post and identifier-to-media associations, ordering

fields, and internal records used for the accused Facebook Page-posting workflow are matters within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Meta's Attachment Upload API instructs a requesting client to transmit media-associated data to a Meta-hosted endpoint, after which Meta's server returns a server-generated attachment_id identifying the uploaded media:

## Upload an attachment

To upload an attachment send a `POST` request to the `/``_**Your-page-id**_``/message_attachments` endpoint with `message.attachment` with `type` and `payload`. To be able to use the asset in multiple messages, set `payload.is_reusable` to `true`.

Attachment IDs expire after 90 days. After an attachment ID expires, you'll need to reupload your media to get a new attachment ID.

Response

Body Headers (18) 200 OK

json

```json
{
  "attachment_id": "1601472827243653"
}
```

Attachment Upload (Photo), Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/request/22794852-a219ebfd-c054-4897-bb9c-3634f871039b.

Meta's server returns a server-generated attachment_id that identifies the uploaded media for subsequent use in messages.

Meta's Send API states that multiple images may be included in a message through a JSON message.attachments array:

## Send API

JPJ

The Send API is the main API used to send messages to users, including text, attachments, templates, sender actions, and more.

### Before You Start

You will need:

- A Page access token requested by a person who can perform the `MESSAGE` task on the Page
- The `pages_messaging` permission
- The message recipient must have sent your Page a message within the last 24 hours or agreed to receive messages from your Page outside of the standard 24 hour messaging window

### Send a Media Attachment

To send a message with media, such as a GIF or image, or a template, you add the content to the API request in a JSON message attachment object.

### Send Multiple Media Attachments

To send a message with multiple images, you add the content to the API request in a JSON message attachments array. The only media type allowed is an image, and it is limited to 30 images at once.

For more details see: https://developers.facebook.com/docs/messenger-platform/send-messages

Send API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/folder/22794852-685b3d8d-4ff2-482f-8a9f-5cec3245eb6f.

78. The Facebook-specific PagePost structures described in paragraph 49 provide independent evidence that Meta maintains retrievable post- and media-related identifiers and associations for Facebook posts. On information and belief, for a Facebook post generated through the accused Facebook Page-posting workflow, Meta saves as server records the client records as further defined by the server-generated identifiers and associations described in paragraphs 73–77. Those saved records include information identifying the post and its separately identifiable photograph and video content, associating that content with the post, and preserving information reflecting the creator-selected arrangement. Under one exemplary and non-exclusive mapping,

saving those defined client records within Meta's server infrastructure corresponds to saving the defined client records as server records. Those records permit Meta subsequently to retrieve, process, and transmit or serve the composed Facebook post to recipient computing devices.

79. Meta's Attachment Upload API provides corroborative evidence of server-side persistence. Meta states that its server returns an attachment_id identifying uploaded media for subsequent use in messages, permits an uploaded asset to be designated as reusable in multiple messages, and states that attachment IDs expire after 90 days. The ability to reference and reuse uploaded media through the server-generated attachment_id after the initial upload supports that Meta retains the identifier and its association with the uploaded media within its server infrastructure. Meta's Conversations API separately provides access to retrievable conversation- and message-level information, including message identifiers, creation times, sender and recipient information, message content, reply relationships, and associations between messages and conversations.

80. Under one exemplary and non-exclusive mapping, the retained attachment_id and the retrievable message- and conversation-level information described in paragraph 79 correspond to examples of server records.

81. The Attachment Upload and Conversations API documentation provides corroborative evidence of Meta's server-side persistence and retrieval of identifiers, media associations, and message information; it is not relied upon as proof that the accused Facebook Page-posting workflow uses the identical APIs, databases, fields, or retention periods. The precise server records, storage structures, persistence rules, and ordering information maintained for the accused Facebook Page-posting workflow are matters within Meta's possession. This mapping

does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

82. On information and belief, when a Facebook post is published through the accused Facebook Page-posting workflow, Meta transmits to the source computing device at least a portion of the server-maintained information associated with the post, including one or more server-generated identifiers, acknowledgements, processing information, or publication-status information. Under one exemplary and non-exclusive mapping, that transmitted information corresponds to at least a portion of the server records described in paragraph 78 above.

83. Meta's Attachment Upload API provides a corroborative example of server-to-client transmission. After a requesting client transmits data identifying uploaded media to Meta's server endpoint, Meta returns a JSON response containing a server-generated attachment_id. As described in paragraph 79 above, Meta retains that identifier in association with the uploaded media so that the media may subsequently be identified and reused in messages. Under one exemplary and non-exclusive mapping, returning the attachment_id in the server response corresponds to transmitting at least a portion of a server record to the requesting computing device.

84. Meta's Conversations API separately permits a requesting client to retrieve conversation- and message-level information maintained by Meta, including message identifiers, creation times, sender and recipient information, message content, reply relationships, and associations between messages and conversations. Under the exemplary mapping described in paragraph 80 above, the returned information corresponds to portions of server records transmitted to the requesting computing device. Meta's user-facing Messenger functionality further corroborates the transmission of server-maintained information to a sender's computing device. Meta states that Messenger displays indicators informing the sender whether a message has been

sent, delivered, or seen. On information and belief, at least the delivered and seen indicators reflect delivery- and read-status information maintained by Meta's server infrastructure and transmitted to the sender's computing device for display.

85. The Attachment Upload, Conversations API, and Messenger materials provide corroborative evidence of Meta's server-to-client transmission practices; they are not relied upon as proof that the accused Facebook Page-posting workflow returns the identical identifiers, fields, or status information. The precise information returned to the source computing device when a Facebook post is published through that workflow is within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Messenger displays sent, delivered, and seen status information to the sender:


**How to know if your message was sent, delivered or seen on Messenger**

Copy link

Android App Help | iPhone App Help | iPad App Help | Computer Help

What do message icons mean? | What do message statuses mean? | My message isn't senc

Messenger uses different icons to let you know when your messages have been sent, delivered and seen. They appear on the right side of the message:

- : A blue circle means that your message is sending.
- : A blue circle with a check means that your message has been sent.
- : A filled-in blue circle with a check means that your message has been delivered.
- : A small version of someone's profile picture will appear below the message when they've seen it.

How to know if your message was sent, delivered or seen on Messenger, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/messenger-app/926389207386625.

See also paragraphs 75 and 79 above, showing that Meta's server returns a server-generated attachment_id to the requesting computing device and retains that identifier in association with the uploaded media.

See also paragraphs 79 and 80 above, showing that Meta's Conversations API provides requesting clients with selected conversation- and message-level records, including message identifiers, creation times, sender and recipient information, message content, reply relationships, and message-to-conversation associations.

86. After publication through the accused Facebook Page-posting workflow, Facebook makes the composed Facebook post available to members of the audience selected by the composing user. Meta explains that a user may select who can see a post and that persons within the selected audience may see the post in Feed, on the user's profile, in search results, and across Meta Products.

87. On information and belief, Meta's server infrastructure uses the saved information described in paragraphs 73–81 above—including information identifying the post, its separately identifiable photograph and video content, the associations between that content and the post, and the creator-selected arrangement—together with selected-audience information to process and transmit or serve the composed Facebook post to computing devices used by members of that audience.

88. Under one exemplary and non-exclusive mapping, the saved identifiers and associations correspond to the server-defined client records, the composed Facebook post corresponds to the electronic message, and the computing devices used by members of the selected

audience correspond to recipient computing devices. Meta's transmission or serving of the Facebook post through its server infrastructure based on those records corresponds to transmitting the electronic message based on the server-defined client records to the recipient computing device via the server.

89. Meta's Messenger Send API separately corroborates Meta's server-to-recipient transmission architecture. Meta states that "[t]he Send API is the main API used to send messages to users." Send API, Messenger Platform API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/folder/22794852-685b3d8d-4ff2-482f-8a9f-5cec3245eb6f. In the Media Template example, the request is directed to a Meta-hosted /messages endpoint, identifies the intended recipient through a recipient.id field, and identifies the media through an attachment_id returned by Meta's server after the media is uploaded using the Attachment Upload API. Media Template, Messenger Platform API, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/request/22794852-97ef757a-57ab-4440-a644-07ddc3e7f5aa. A successful server response returns a recipient_id identifying the recipient and a message_id identifying the transmitted message. *Id.*

90. The use of a server-generated attachment_id in a recipient-directed request demonstrates that Meta's server infrastructure may transmit a media message based on server-defined information identifying the message's media content. Under the exemplary mappings described in paragraphs 73–81 above, the attachment_id and its retained association with the uploaded media correspond to at least part of the server-defined client records upon which transmission is based. The Facebook audience documentation and Messenger Platform materials provide complementary evidence of Meta's server-to-recipient operation; the Messenger materials

are not relied upon as proof that the accused Facebook Page-posting workflow uses the identical API, endpoint, identifiers, or data structures. The precise records, routing information, and server processes used for the accused Facebook Page-posting workflow are matters within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Facebook permits the composing user to select the audience eligible to receive or view the post:

**Choose who can see your post on Facebook**

Copy link

Android App Help | Computer Help | iPad App Help | iPhone App Help | More

Who can see my posts? | Change who sees my post | Enable public posting | What ha | if I

Default audience settings for Page posts are different from settings for profile posts. Learn how to create and manage a post for your Page.

When you're on your Facebook profile, you can choose who can see your post on Facebook, by using the audience selector.

The audience selector can be found in most places where you share content on Facebook, such as posts, photos and for some information on your profile.

**Note:** If you have additional Facebook profiles, the audience you choose to share content with from one profile doesn't carry over to your other profiles.

**Choose who you share content with**

**You can also use the audience selector to choose who you share content with:**

1. At the top of your Feed or profile, click the text box next to your profile picture. From here, you can do things like post a status update, photo, video or check in to an event.
2. Below your name, click the audience selector (example: **Friends**).
3. Click the audience you'd like to see your content (example: **Friends**, **Public** or **Only Me**). Learn more about the audiences you can choose on Facebook.

The audience selector will also appear on things you've already shared, so you can see who you've shared each post with. After you've shared a post, you have the option to change who it's shared with.

**When sharing on Facebook, keep in mind**

- If you choose a new audience for your post, you'll only change the audience for that specific post. The next time you post, the audience will go back to the default audience you selected in your privacy settings. Learn how to set a default audience.
- When you change the audience on one device, the audience will update on all devices. For example, if you change the audience of your post on your computer, it will also change the audience of your post in your app.
- Some things you share on Facebook will always be public. For example, when you post or comment in a public group, your post or comment will be public and can be seen by anyone. Learn more about public information on Facebook.
- When you create a reel, or add to your story, different audience selections apply. Learn how to change who can see your reel on Facebook or edit your story privacy.
- Your post will show up in Feed, on your profile and in search results.
- When you post to another person's profile, that person controls who can see the post.
- When you post, people in the audience may be able to see it across the Meta Products.
- If you tag someone in a post, the tagged person's friends may also see the post.
- If you've chosen to lock your profile, your sharing choices are more restricted.

Choose who can see your post on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/120939471321735/.

Meta's Send API directs a media-message request to a Meta-hosted server endpoint, identifies the intended recipient through recipient.id, and identifies the media through an attachment_id:

Meta's server response returns a recipient_id identifying the recipient and a message_id identifying the transmitted message.

See also paragraphs 73–81 above, showing the server-generated attachment_id, retained message- and media-related information, and the exemplary mapping of those identifiers and associations to server-defined client records and server records.

See also paragraph 84 above, showing that Messenger displays sent, delivered, and seen status information to the sender.

# Media Template

View complete documentation →

https://graph.facebook.com/{{version}}/{{page-id}}/messages

The media template allows you to send images, GIFs, and video as a structured message with an optional button. Videos and animated GIFs sent with the media template are playable in the conversation.

To send an image, send a `POST` request to the Send API, with the following `payload` property in the request body, where `attachment_id` is an ID generated from the attachment upload API. For requests using the `attachment_id` property, images and videos are supported.

For complete request property details, see Media Template Reference.

## Authorization Bearer Token

This request is using an authorization helper from collection Messenger Platform API

## Body raw (json)

json

```
{
  "recipient":{
    "id":"{{page-scoped-id}}"
  },
  "message":{
    "attachment": {
      "type": "template",
      "payload": {
         "template_type": "media",
         "elements": [
            {
```

View More

## Code Snippet

cURL

```
curl --location --globoff 'https://graph.facebook.com/v20.0/{{page-id}}/messages' \
--header 'Content-Type: application/json' \
--header 'Authorization: [[Authorization-masked-secret]]' \
--data '{
  "recipient":{
    "id":"{{page-scoped-id}}"
  },
  "message":{
    "attachment": {
      "type": "template",
      "payload": {
```

## Example

Media Template

Request

cURL

```
curl --location --globoff 'https://graph.facebook.com/{{version}}/{{page-id}}/messages' \
--data '{
  "recipient":{
    "id":"{{page-scoped-id}}"
  },
  "message":{
    "attachment": {
      "type": "template",
      "payload": {
         "template_type": "media",
         "elements": [
```

View More

Response

Body Headers (18) 200 OK

json

```
{
  "recipient_id": "5275811702471834",
  "message_id": "m_uAma1RVB92m2QwtXfq03coAcfn2n3T7uiO5jm0L_PMS47LnbUp72BESMc4motRiWQTQafAsjMzGcv
}
```

View More

<u>Media Template</u>, Postman (Accessed on or about August 17, 2026), https://www.postman.com/meta/messenger-platform-api/request/22794852-97ef757a-57ab-4440-a644-07ddc3e7f5aa.

91. When a Facebook post published through the accused Facebook Page-posting workflow is presented to a recipient, Facebook displays the separately identifiable photograph and video content in their respective presentation formats. Photograph content is displayed as still-

image content, while video content is presented with video-playback functionality within the same published Facebook post.

92. As shown in paragraph 38 above, the composing user selects photograph and video content and may rearrange that content before publication. The published Facebook post reproduces the selected photograph and video content together in the arrangement established during composition.

93. Under one exemplary and non-exclusive mapping, the separately identifiable photograph and video content items correspond to a multiplicity of electronic media components. Displaying the photograph content as photographs and presenting the video content with video-playback functionality corresponds to executing the mapped electronic media components in their original media component types. Reproducing the creator-selected arrangement corresponds to executing those mapped components in an order intended by the composed electronic message.

94. As described in paragraphs 86–89 above, Meta makes the published Facebook post available to members of the audience selected by the composing user. On information and belief, when a member of that audience accesses the post using a desktop, tablet, or mobile computing device, Meta transmits or serves data and instructions that cause Facebook's application or browser interface to render the photograph and video content in their respective presentation formats and in the creator-selected arrangement. Under the exemplary mapping above, that client-side rendering and playback functionality corresponds to executing the multiplicity of electronic media components at a recipient computing device.

95. The screenshot below directly demonstrates the presentation formats and arrangement of the published Facebook post. The recipient-device aspect of the mapping is supported by Meta's audience documentation discussed in paragraphs 86–90 and by the operation

of the post at computing devices used by members of that audience; the screenshot itself is not relied upon to establish that the depicted device belongs to a person different from the composing user. The precise client-side instructions, rendering code, media-player functionality, and server-maintained information used to reproduce the post at recipient computing devices are matters within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

The published Facebook post displays photograph content as still images and video content with video-playback functionality within the same post, in the arrangement selected during composition:




How To Add Video And Images In The Same Post On Facebook 2025!, YouTube (On or about November 2024), https://www.youtube.com/watch?v=E1lc4-a_ePU at 3:53.

See also paragraph 38 above at 0:54, 0:56–0:57, and 1:06, showing the initial arrangement, user-directed rearrangement, and resulting creator-selected order of the photograph and video content.

See also paragraphs 86–90 above, showing that Facebook makes the published Facebook post available to members of the audience selected by the composing user and providing the exemplary mapping of their computing devices to recipient computing devices.

96. The use and operation of the Accused Instrumentalities satisfy all limitations of Claim 3 of the ’703 Patent. On information and belief, Meta has infringed and continues to directly infringe Claim 3 under 35 U.S.C. § 271(a), including when Meta’s employees or agents perform all steps of the claimed method in the United States during development, testing, quality assurance, demonstration, operation, or support by operating the source computing device, recipient computing device, and Meta-controlled server-side infrastructure to carry out the complete accused Facebook Page-posting workflow described in paragraphs 63–95 above.

97. Separately and in the alternative to the employee-performance theory alleged in paragraph 96, Meta directly infringes Claim 3 because the client-side steps performed by customers and end users are attributable to Meta. Meta conditions users’ participation in and receipt of the benefits of the accused Facebook Page-posting workflow on their performance of prescribed composition, draft, audience-selection, and publication steps through Meta’s interfaces. Meta establishes the available controls and the manner and timing by which users record or select media, arrange the media, save and reopen a draft, select publication and audience settings, and publish the Facebook post. When a user invokes those controls, Meta’s software and server infrastructure perform the remaining operations described above, including receiving the post data, generating and maintaining post- and media-related records, returning publication-related information, transmitting or serving the published Facebook post to the selected audience, and causing Facebook software or a browser at recipient computing devices to present the post.

Accordingly, Meta performs certain steps of Claim 3 and directs or controls the performance of the remaining steps, such that all steps are attributable to Meta.

98. In the further alternative, to the extent a customer or end user is determined to be the direct infringer because every step of Claim 3 is performed by or attributable to that customer or end user, Meta induces that infringement under 35 U.S.C. § 271(b), at least through its post-service conduct. Customers and end users initiate and perform the accused Facebook Page-posting workflow through Meta's prescribed interfaces, cause the remaining server-side and recipient-side operations described above to occur for their benefit, and obtain the resulting saved, published, and delivered Facebook post. Meta has had knowledge of the '703 Patent and the allegations of infringement at least since service of this Complaint. Despite that knowledge, Meta continues actively to encourage and instruct customers and end users, through its applications, interfaces, online instructions, and support materials, to use the Accused Instrumentalities in that manner. Meta does so knowing and intending that the instructed use will result in direct infringement of Claim 3 of the '703 Patent. This induced-infringement theory is pleaded in the alternative to the direct-infringement attribution theory alleged in paragraph 97.

99. As a result of Defendant's infringement of the '703 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

100. Meta has knowledge of the '703 Patent at least since service of this Complaint, and Trenda asserts willful infringement at least as to Meta's post-service conduct.

101. Meta's infringing activities have injured and will continue to injure Trenda unless and until the Court enjoins further infringement of the '703 Patent.

## COUNT III

## DEFENDANT'S INFRINGEMENT OF U.S. PATENT NO. 12,074,836

102. Trenda realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

103. The '836 Patent generally concerns messaging systems in which a first client computing device generates and transmits an electronic polling message having integrated digital content that includes a polling inquiry; presents a polling-message creation interface displaying polling slots configured to hold heterogeneous media types; presents a results-view interface permitting selection of temporal distribution criteria defining when polling results may be transmitted; and transmits the polling message to a set of client computing devices selected from an electronic contacts record stored within the first client computing device.

104. The claims of the '836 Patent are valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

105. Defendant's infringing activities violate 35 U.S.C. § 271.

106. Defendant infringes at least Claim 1 of the '836 Patent.

107. Independent Claim 1 of the '836 Patent recites:

> 1. A messaging system, comprising:
>
> a first client computing device configured to generate and transmit an electronic polling message having integrated digital content that includes a polling inquiry;
>
> the first client computing device configured to present a polling message creation interface screen for composing the electronic polling message;
>
> the first client computing device configured to present the polling message creation interface screen displaying a plurality of polling slots configured to hold a heterogeneous set of media types;
>
> the first client computing device configured to present a results view interface screen permitting the client device to select a temporal distribution criteria defining a time when one or more results from the electronic polling message may be transmitted;
>
> the first client computing device configured to transmit the electronic polling message to a selected set of client computing devices that are selected from an electronic contacts record stored within a storage module of the first client computing device.

108. At least Meta's Facebook Platform, including associated Facebook polling and audience-selection functionality and Meta-controlled server-side infrastructure, comprises a messaging system through which users compose, transmit, receive, display, and interact with electronic polling messages and polling responses. The accused messaging system includes Facebook client applications and web-based interfaces through which users create and transmit polls and Meta-controlled server-side infrastructure that processes, stores, routes, delivers, and presents those polling messages and associated responses and results. Meta's current Help Center materials confirm that Facebook permits users to create and share polling messages through Facebook Stories. The element-by-element allegations below identify current Facebook polling and audience-selection functionality together with historical Facebook implementations documenting additional claimed polling functionality. The historical materials are cited as evidence that Meta implemented the particular operations described therein and are not relied upon, standing alone, to establish that the historical interfaces themselves remained in use after August 27, 2024. On information and belief, during at least a portion of the period after August 27, 2024, Meta made or used one or more Facebook polling-system configurations, or successor configurations, incorporating the claimed operations described below. The precise versions, feature flags, account eligibility, availability periods, and feature combinations are matters within Meta's possession.[4]

109. At least Facebook's Story-poll functionality includes a first client computing device configured to generate and transmit an electronic polling message having integrated digital content that includes a polling inquiry. Meta instructs a user to open the Facebook application on an iOS

---

[4] Add a poll to your story on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/www/1927003077398958.

or Android computing device and select "Create story." Add a poll to your story on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/www/1927003077398958. The user then adds a photograph or video, either selected from the device's camera roll or newly created using the device's camera, thereby supplying the underlying digital media content of the electronic message. *Id*.

110. The user then selects "Stickers," chooses "Poll," types a polling question, and customizes the available answers. *Id*. On information and belief, the photograph or video, polling question, and answer choices are integrated and presented together as a single Facebook Story polling message. Under one exemplary and non-exclusive mapping, that combined content constitutes integrated digital content that includes a polling inquiry, and Facebook configures the mobile computing device to generate the claimed electronic polling message.

111. After completing the polling message, the user selects "Share to story." *Id*. On information and belief, that action causes the first client computing device to transmit the completed electronic polling message through Meta's server infrastructure for presentation to the audience selected by the composing user. Meta's instructions expressly permit the user to select or change the Story audience before selecting "Share to story." The precise client-side records, transmission requests, and server processes used to transmit the completed Story poll are matters within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Meta instructs a user to create a Facebook Story poll by adding photograph or video content, selecting "Poll," entering a polling question and customized answers, selecting an audience, and selecting "Share to story":

## Add a poll to your story on Facebook

Copy li

iPhone App Help | Android App Help | **Computer Help**

Add a poll to my story | Customize poll answers | Change poll audience | View poll r

To add a poll to your story, log into the Facebook app for iOS or Android.

When you add a poll to your story on Facebook, you can ask a question, customize the answers and let people vote for their favorite option.

### Add a poll to your story

1. Open Facebook on an iOS or Android device.
2. At the top of your Feed, tap **Create story**.
3. Add your photo or video. You can tap a story type at the top (example: **Boomerang**) or select a photo or video from your camera roll. Tap **Camera** to take a new photo or video.
4. Tap **Stickers** in the top right, then tap **Poll**.
5. Type your question, then tap **Yes** or **No** to customize the answers.
6. Tap **Done** in the top right.
7. To change the audience for your story, you can tap **Privacy** in the bottom left.
8. Tap **Share to story**.

Add a poll to your story on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/www/1927003077398958.

112. At least Facebook's Story-poll functionality configures the first client computing device to present a polling-message creation interface screen for composing the electronic polling message. Meta instructs a user creating a Facebook Story poll to open Facebook on an iOS or Android computing device, select "Create story," add photograph or video content, select

"Stickers," choose "Poll," enter a polling question, and customize the available answers. These steps require the Facebook application to present user-interface controls through which the user composes the Story poll.

113. On information and belief, after the user selects the Poll control, Facebook presents a Story-composition interface displaying the selected photograph or video content together with controls for entering the polling question and defining the answer choices. The user completes the composed Story poll through that interface before selecting "Share to story." Under one exemplary and non-exclusive mapping, the Facebook Story-composition interface displaying the underlying content and poll-entry controls corresponds to the claimed polling-message creation interface screen. The precise sequence of Facebook interface screens, overlays, and client-side controls used to compose a Story poll may vary by platform and application version and is information within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

See paragraphs 109–112 above and the accompanying Meta instructions, showing the steps through which the user adds photograph or video content, selects "Poll," enters the polling question, customizes the answers, and shares the completed Story poll.

114. Meta's official 2017 Newsroom documentation describes Facebook polling functionality through which a user entered a polling question, completed two answer options, and either uploaded images or selected animated GIFs to add visual content to the poll. Facebook lanza una nueva herramienta de encuestas con GIFs y fotos, Meta Newsroom (Oct. 3, 2017), https://about.fb.com/es/news/2017/10/facebook-lanza-una-nueva-herramienta-de-

encuestas-con-gifs-y-fotos/. A contemporaneous walkthrough of that functionality shows two separately identifiable answer-option rows, labeled "Option 1" and "Option 2." Kristi Hines, How to Run Facebook Polls With Animated GIFs, Social Media Examiner (Nov. 27, 2017), https://www.socialmediaexaminer.com/how-to-run-facebook-polls-with-animated-gifs/. Each row includes a text-entry field and separate controls for associating either a photograph or an animated GIF with that answer option.

115. Under one exemplary and non-exclusive mapping, each separately identifiable answer-option row corresponds to a polling slot, and the two displayed rows correspond to a plurality of polling slots. Kristi Hines, *How to Run Facebook Polls With Animated GIFs*, Social Media Examiner (Nov. 27, 2017), https://www.socialmediaexaminer.com/how-to-run-facebook-polls-with-animated-gifs/. The text-entry field, photograph control, and GIF control associated with each row demonstrate that the polling slots were configured to hold different media types, including textual content, still-image content, and animated-GIF content. *Id*. Because the photograph and GIF controls were independently presented for the respective answer-option rows, the displayed polling slots were configured to permit a heterogeneous set of media types.

116. The public evidence establishes that Facebook implemented this functionality in 2017. Trenda does not rely on the 2017 conduct itself as an act of infringement of the '836 Patent. Publicly available information does not disclose the complete subsequent availability history of the functionality, including supported platforms, account types, feature configurations, regional availability, or successor implementations. On information and belief, Meta maintained or later implemented the same claimed operation in one or more Facebook polling configurations after August 27, 2024. The precise availability history and configurations are matters within Meta's possession.

Meta's official 2017 instructions directed the user to complete both polling options and permitted the user to upload images or select animated GIFs to add visual content to the poll:




Ready to get started? Here's how to create a survey:

- Open Facebook and click on "What's on your mind" if you're on a profile, or on "Write something" if you're posting on a page.
- Select the "Polls" icon to create a poll.
- Write your question in the status box that says "Ask a question" and complete both options. There is no time limit for your survey, and each option is limited to 25 characters.
- Upload your own images or choose from thousands of available GIFs to add a visual component to the survey.
- Set when you want your survey to expire: it can be a day, a week, or a custom timeframe.
- Publish your poll and wait for the votes to come in.

Facebook launches a new polling tool with GIFs and photos, Meta (October 3, 2017), https://about.fb.com/es/news/2017/10/facebook-lanza-una-nueva-herramienta-de-encuestas-con-gifs-y-fotos/ (translated from Spanish).

A contemporaneous walkthrough of Facebook's poll-composition interface shows two separately identifiable answer-option rows, each with a text field and controls for adding a photograph or animated GIF:

Next, **describe your poll** and **add two options**. To **attach a photo or GIF** to an option, **click on the photo or GIF icon.**




Kristi Hines, How to Run Facebook Polls with Animated GIFs, Social Media Examiner (November 27, 2017), https://www.socialmediaexaminer.com/how-to-run-facebook-polls-with-animated-gifs/.

The accompanying instructions state that the user adds two options and may attach a photograph or animated GIF to an option.

117. At least Facebook's video-poll functionality configures the first client computing device to present a results view interface screen permitting the composing user to select when polling results will be published. A contemporaneous walkthrough of Facebook's video-poll

interface shows a "Publish Results" control through which the poll creator could select whether polling results would be published immediately after a viewer voted, at a scheduled time, or never. Jon Loomer, Add a Poll to Facebook Video Ads and Posts, Jon Loomer Digital (Sept. 18, 2019; last updated March 1, 2025), https://www.jonloomer.com/facebook-video-poll/.

118. When the poll creator selected "Schedule," Facebook's video-poll interface presented date and time fields through which the creator could specify when the polling results would be published. Under one exemplary and non-exclusive mapping, the "Publish Results" settings correspond to the claimed results view interface screen, and selecting "Schedule" and entering a date and time corresponds to selecting a temporal distribution criterion defining a time when one or more results from the electronic polling message may be transmitted. The public evidence establishes that Facebook implemented this functionality in 2019. Trenda does not rely on the 2019 conduct itself as an act of infringement of the '836 Patent. Publicly available information does not disclose the complete subsequent availability history of the scheduled-results functionality or any successor implementation. On information and belief, Meta maintained or later implemented functionality permitting selection of a time for transmission of polling results in one or more Facebook polling configurations after August 27, 2024. The precise availability history and configurations are matters within Meta's possession.

Facebook's video-poll interface permitted the poll creator to select whether polling results would be published immediately after a viewer voted, at a scheduled time, or never:

8. Indicate whether you want to publish the results of the poll for the user immediately after they vote, at a scheduled time, or never.




Jon Loomer, Add a Poll to Facebook Video Ads and Posts, Jon Loomer For Advanced Facebook Marketers (Sept. 18, 2019; last updated March 1, 2025), https://www.jonloomer.com/facebook-video-poll/.

When scheduled publication was selected, Facebook's video-poll interface permitted the poll creator to specify the date and time when the polling results would be published:

9. If "Schedule" is chosen, indicate the time and date you want results published.




*Id.*

119. Facebook permits a composing user to select a defined audience before publishing a Facebook Story, including a Story containing a poll. Meta states that a user may select a "Custom" Story audience, in which case the Story is visible only to the persons selected by the user. Change your story's privacy setting on Facebook, Facebook Help Center (Accessed on or

about August 17, 2026), https://www.facebook.com/help/208964522901975/. Under one exemplary and non-exclusive mapping, the persons selected through the Custom Story audience correspond to the selected recipient contacts.

120. As described in paragraph 119, after the user selects the intended audience and publishes the polling post, Facebook makes the post available to the selected persons. On information and belief, Meta's server infrastructure transmits or serves data representing the polling post to computing devices associated with those selected persons. Under one exemplary and non-exclusive mapping, the Facebook accounts or contact entries selected through the audience selector correspond to contacts; the computing devices associated with the selected persons correspond to the selected set of client computing devices; and publication of the polling post to that audience corresponds to transmitting the electronic polling message to the selected set of client computing devices. Each selected Facebook account is associated with one or more client computing devices on which the account is authenticated or through which the account is accessed. On information and belief, Meta's transmission or service of the polling post to the selected Facebook accounts results in transmission or presentation of the electronic polling message to the client computing devices associated with those accounts.

121. On information and belief, the Facebook application stores or caches on the first client computing device information identifying at least some Facebook friends, friend lists, prior audience selections, and other audience-related entries used to populate and operate the audience-selection interface. Under one exemplary and non-exclusive mapping, the electronic contacts record comprises that locally stored or cached information identifying at least some of the user's Facebook friends, friend lists, prior audience selections, and other audience-related entries. That electronic contacts record is stored within a storage module of the first client computing device.

Selecting specific friends or a friend list through the Facebook audience selector corresponds to selecting the recipient contacts from that electronic contacts record. This mapping does not depend on treating the electronic contacts record as the user's native phone address book.

122. Meta's engineering documentation concerning Messenger provides corroborative technical evidence that a Meta mobile messaging application uses client-side SQLite storage for contact-list information, caching, filtering, and database queries. Project LightSpeed: Rewriting the Messenger codebase for a faster, smaller, and simpler messaging app, Engineering at Meta (March 2, 2020), https://engineering.fb.com/2020/03/02/data-infrastructure/messenger/. Meta states that Messenger's mobile contact-list screen is driven by SQLite tables and queries the database for contact names and photographs when supporting functions including group creation, sharing, and story sharing. *Id*. Meta further states that Messenger uses SQLite as its mobile storage database and performs caching, filtering, transactions, and queries through SQLite. *Id*. That evidence supports the reasonable inference that Meta's mobile applications may store or cache contact- and audience-related information on the client computing device, but it is not relied upon as proof that Facebook's audience selector uses the identical SQLite tables, schema, records, or implementation.

123. Meta's contact-uploading documentation separately confirms that the Facebook application can access and upload contacts stored on the user's phone or tablet. Upload your contacts to Facebook from your mobile phone or other accounts, Facebook Help Center (Accessed on or about August 18, 2026), https://www.facebook.com/help/561688620598358. That evidence further corroborates Meta's access to device-resident contact records, but it is not relied upon as proof that the user's native phone address book constitutes the electronic contacts record mapped in paragraph 121 or that Facebook's selected audience is drawn directly from that address book.

The precise local records, database tables, caches, identifiers, and associations used to populate Facebook's audience selector are matters within Meta's possession. This mapping does not foreclose alternative mappings supported by the intrinsic record or information obtained in discovery.

Facebook permits the composing user to select "Specific friends," exclude particular friends, or choose a custom friend-based audience before publication:

## Who can see your audience selection on Facebook

Copy link

Who can see my audience? | Who sees my custom audience? | Can others see who I ... wit

People who can see your post can also see the audience you chose to share with:

- Public
- Friends
- Friends Except...(+)
- Only me
- Specific friends
- Custom
- Acquaintances
- Close friends

When you use the **Custom** audience option to share a post with a list or specific people, the people you share the post with may be able to see each other's names. You can also use the **Friends except** and **Specific friends** audience options to include or exclude specific friends from your post.

Who can see your audience selection on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/196729973725708/.

Facebook permits the composing user to choose a specific friend list through the audience selector before publishing the post:

## Use lists to share to a specific group of people on Facebook

Copy link

Computer Help | Android App Help | iPhone App Help | iPad App Help | More

Share to a list | What is an audience selector? | I can't share to a list | I have a diffe… ue

Lists give you a way to share with a specific audience. You can use the audience selector to choose the list you want to share a post with.

1. From the top of your Feed, click **What's on your mind, [name]**?
2. Click the audience selector.
3. Click the name of the list you want to share with.
4. Click **Post**.

Use lists to share to a specific group of people on Facebook, Help Center (Accessed on or about August 17, 2026), https://www.facebook.com/help/124794780932930/.

Meta states that Messenger's mobile contact-list screen is driven by SQLite tables and queries the database for contact names and photographs when supporting functions including group creation, sharing, and story sharing:

### Reuse the UI

In Messenger, we had multiple versions of the same UI experience. For example, at the outset of this project, we had more than 40 different contact list screens. Each screen had slight design differences, depending on factors like phone renderings — and each of those different screens had to be enhanced to support features like landscape mode, dark mode, and accessibility, which doubled the number we were supporting. This meant a lot of views, and the views accounted for a large percentage of the size of an app like Messenger. To simplify and remove redundancies, we constrained the design to force the reuse of the same structure for different views. So we needed only a few categories of basic views, and those could be driven by different SQLite tables.

In today's Messenger, the contact list is a single dynamic template. We are able to change how the screen looks without any extra code. Every time someone loads the screen — to send a message to a group, read a new message, etc. — the app has to talk to the database to load the appropriate names, photos, etc. Instead of having the app store 40 screen designs, the database now holds instructions for how to display different building blocks depending on the various sub-features being loaded. This single contact list screen is extensible to support a large number of features, such as contact management, group creation, user search, messaging security, stories security, sharing, story sharing, and much more. In the iOS world, this is a single view controller that has proper flexibility to support all these needs. Using this more elegant solution across all our designs helped us remove quite a bit of code.

Mohsen Agsen, Project LightSpeed: Rewriting the Messenger codebase for a faster, smaller, and simpler messaging app, Engineering at Meta (March 2, 2020), https://engineering.fb.com/2020/03/02/data-infrastructure/messenger/.

Meta further states that Messenger uses SQLite as its mobile storage database and performs caching, filtering, transactions, and queries through SQLite:

**Use SQLite**

Most mobile applications use SQLite as a storage database. However, as features grow organically, each ends up with its own unique way of storing, accessing data, and implementing associated business logic. To build our universal system, we took an idea from the desktop world. Rather than managing dozens of independent features and having each pull information and build its own cache on the app, we leveraged the SQLite database as a universal system to support all the features.

Historically, coordinating data sharing across features required the development of custom, complex in-memory data caching and transaction subsystems. Transferring this logic between the database and the UI slowed down the app. We decided to forgo that in favor of simply using SQLite and letting it handle concurrency, caching, and transactions. Now, rather than supporting one system to update which friends are active now, another to update changes in profile pictures in your contact list, and another to retrieve the messages you receive, requests for data from the database are self-contained. All the caching, filtering, transactions, and queries are all done in SQLite. The UI merely reflects the tables in the database.

This keeps the logic simple and functional, and it limits the impact on the rest of the app. But we went even further. We developed a single integrated schema for all features. We extended SQLite with the capability of stored procedures, allowing Messenger feature developers to write portable, database-oriented business logic, and finally, we built a platform (MSYS) to orchestrate all access to the database, including queued changes, deferred or retriable tasks, and for data sync support.

MSYS is a cross-platform library built in C that operates all the primitives we need. Consolidating the code all into one library makes managing everything much easier; the it is more centralized and more focused. We try to do things in a single way — one way to send messages to the server, one way to send media, one way to log, etc. With MSYS, we have a global view. We're able to prioritize workloads. Say the task to load your message list should be a higher priority than the task to update whether somebody read a message in a thread from a few days ago; we can move the priority task up in the queue. Having a universal system simplifies how we support the app as well. With MSYS, it's easier to track performance, spot regressions, and fix bugs across all these features at once. In addition, we made this important part of the system exceptionally robust by investing in automated tests, resulting in a (very rare in the industry) 100 percent line code coverage of MSYS logic.

*Id.*

Meta confirms that, when contact uploading is enabled, the Facebook application accesses and uploads contacts from the user's phone or tablet:


Upload your contacts to Facebook

Copy link

Android App Help | iPhone App Help | Computer Help | More

Upload my mobile contacts | Upload my Google contacts | Manage

You can upload contacts from your mobile device or your Google account to improve friend suggestions on Facebook.

Upload contacts from your mobile device

Learn how to manage contact uploading or delete contacts you've uploaded.

For more information, please see our notice on contact uploading for Non-Users.

Upload your contacts to Facebook from your mobile phone or other accounts, Facebook Help Center (Accessed on or about August 18, 2026), https://www.facebook.com/help/561688620598358.

124. On information and belief, Meta has directly infringed Claim 1 of the '836 Patent under 35 U.S.C. § 271(a) during at least a portion of the period after August 27, 2024, by using in the United States one or more complete accused Facebook polling-system configurations incorporating the functionality described in paragraphs 109–123, or successor configurations implementing the same claimed operations. Meta's direct use of the complete accused system includes instances in which Meta's employees or agents operate the first client computing device,

Meta-controlled server-side infrastructure, and one or more recipient client computing devices together as a complete configuration during development, testing, quality assurance, demonstration, operation, or support. To the extent those complete configurations remain available or are embodied in current successor functionality, Meta continues to directly infringe Claim 1. The precise versions, feature flags, account eligibility, availability periods, and feature combinations are matters within Meta's possession. To the extent any limitation is not literally satisfied, Trenda alleges in the alternative that the limitation is satisfied under the doctrine of equivalents because any difference is insubstantial and the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result.

125. To the extent one or more complete accused Facebook polling-system configurations, or successor configurations implementing the same claimed operations, remain available after service of this Complaint, Meta induces infringement of Claim 1 under 35 U.S.C. § 271(b) including when customers and end users put a complete accused Facebook polling-system configuration into service by initiating the accused polling workflow through Meta-prescribed interfaces, selecting the relevant polling and results settings and intended recipients or audiences, transmitting or publishing the completed polling message, and obtaining the benefit of Meta's operation of the remaining system components. Meta has had knowledge of the '836 Patent and the allegations of infringement at least since service of this Complaint. To the extent such complete configurations remain available, Meta, on information and belief, actively encourages and instructs customers and end users through its applications, interfaces, Help Center materials, and other online instructions and support materials to use such complete configurations, or successor functionality implementing the same claimed operations, including in the manner described above.

Meta does so knowing and intending that the instructed use will result in direct infringement of Claim 1.

126. As a result of Defendant’s infringement of the ’836 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant’s infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

127. Meta has knowledge of the ’836 Patent at least since service of this Complaint, and, to the extent Meta continues to infringe Claim 1 after service, Trenda asserts willful infringement as to such post-service conduct.

128. To the extent Meta continues to provide, operate, maintain, support, or use a Facebook Platform polling-system configuration that practices Claim 1, such infringement will continue to injure Trenda unless enjoined.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

A judgment in favor of Plaintiff that Defendant has infringed the ’456 Patent, the ’703 Patent, and the ’836 Patent;

A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and prejudgment and postjudgment interest for Defendant’s infringement of the ’456 Patent, the ’703 Patent, and the ’836 Patent;

A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys’ fees against Defendant;

An award of enhanced damages to Plaintiff as a result of Defendant’s willful infringement;

An injunction prohibiting Meta and those acting in concert with it from further infringement of the ’456 Patent, the ’703 Patent, and the ’836 Patent, including through the continued provision, operation, maintenance, support, and use of the infringing Accused Instrumentalities; and

Any and all other relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Trenda hereby demands a trial by jury on all issues so triable by right.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Robert M. Harkins*
Lead Counsel

Robert M. Harkins
CA Bar No. 179525
Lead Counsel
**Cherian Harkins Dunham LLP**
555 12th Street, Suite 2140
Oakland, CA 94607
bobh@chdlaw.com
Telephone: (510) 944-0190
Telecopier: (202) 478-1715

Thomas M. Dunham
DC Bar No. 448407
Ronald R. Wielkopolski
DC Bar No. 1013586
(*pro hac* application to be filed)
J. Michael Woods
DC Bar No. 975433
(*pro hac* application to be filed)
**Cherian Harkins Dunham LLP**
2001 L St. NW, Suite 650
Washington, DC 20036
tomd@chdlaw.com
ronw@chdlaw.com
michaelw@chdlaw.com
Telephone: (202) 838-1560
Telecopier: (202) 478-1715

Harper Estes
hestes@lcalawfirm.com
State Bar No. 00000083
Lisa K. Hooper
lhooper@lcalawfirm.com
State Bar No. 24047282
**LYNCH, CHAPPELL & ALSUP**
A Professional Corporation
Reliance Building, Suite 700
300 North Marienfeld
Midland, Texas 79701
Telephone: 432/683-3351
Telecopier: 432/683-2587

**ATTORNEYS FOR PLAINTIFF**
**TRENDA INNOVATIONS, INC.**